73 F.3d 970
 96 Cal. Daily Op. Serv. 326
 AMERICAN JEWISH CONGRESS; Eve Slaff; Alan Sieroty; Devera
Lurie Waldman; Charles Waldman, Plaintiffs-Appellants,
v.
CITY OF BEVERLY HILLS; Allan L. Alexander, Mayor; Bernard
J. Hecht; Robert K. Tanenbaum; Maxwell H.
Salter; Vicki Reynolds, Defendants-Appellees,
Chabad of California, Inc., Defendant-Intervenor-Appellee.
 No. 93-55085.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 16, 1996.
 
 Prior report: 65 F.3d 1539.
 ORDER
 Before: WALLACE, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.